IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 20-72 |
| EDWARD BURGESS | : | |

**O R D E R**

**AND NOW**, on this 28th day of November 2022, upon consideration of Motion to Suppress (ECF No. 31), the Government's response thereto (ECF No. 34), and all other documents submitted in support thereof and in opposition thereto, and after a hearing in open court, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**